UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

JOSEPH ST. DENNIS,

Petitioner,

v.

CONSTANCE REESE, Warden,
FMC-Rochester,

Respondent.

Civil No. 01-1853 (MJD/JMM)

ORDER

Petitioner, a federal prisoner confined at the Federal Medical Center in Rochester, Minnesota, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, claiming that Respondent has denied him certain "jail credit" and therefore intends to keep him incarcerated beyond his proper release date.

The Respondent is directed to make a return in writing on or before November 5, 2001, showing the true cause of Petitioner's confinement, the expected duration of Petitioner's confinement, and any just reason(s) for not granting the writ.

The return shall be filed with the Court and shall include:

1) Such affidavits and exhibits as are needed to substantiate the lawfulness and expected duration of Petitioner's confinement;

2) A reasoned memorandum of law and fact fully stating Respondent's legal position and recommendation as to the need for this Court to conduct an evidentiary hearing on the merits of the petition in light of statutory requirements and other pertinent authority;

FILED OCT 15 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

3) Certified copies of all court documents and/or prison records that may be material to the issues raised by the petition.

The Court will entertain a motion to grant the relief requested in the Petition if a written return is not filed by November 5, 2001, as required by this Order.

IT IS FURTHER ORDERED THAT Petitioner's "Application To Proceed Without Prepayment Of Fees And Affidavit," (Docket No. 2), by which Petitioner seeks leave to proceed in forma pauperis, is GRANTED.

Dated: October 15, 2001.

JOHN M. MASON
United States Magistrate Judge